## John Ball v. John P. Ryers.

THE plaintiff in this suit had issued a *fi. fa.* upon a judgment he had recovered.

*Riker,* citing *Doug.* 231.* now moved for a rule directing the sheriff to pay over, on the execution thus sued out, the sum of 197 dollars 26 cents, being the surplus arising from a leasehold property, levied on and sold, in an action against the same defendant, at the suit of another plaintiff.

Ordered accordingly.